# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 15-18811-ELF

RICHARD B CURRY
KAREN L. CURRY
1075 AVENUE B

LANGHORNE, PA 19047

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    RICHARD B CURRY
    KAREN L. CURRY
    1075 AVENUE B

    LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

    PAUL GREGORY LANG
    GALLANT AND PARLOW , PC
    3618 HULMEVILLE RD
    BENSALEM, PA 19020-

                                              /S/ William C. Miller

Date: 11/21/2016                                        _____

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee