```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                           Case No. 15-18811-elf
Richard B Curry                                                  Chapter 13
Karen L. Curry
        Debtors              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Denine                 Page 1 of 2                   Date Rcvd: Dec 20, 2016
                              Form ID: pdf900              Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2016.
db/jdb         +Richard B Curry,    Karen L. Curry,    1075 Avenue B,    Langhorne, PA 19047-3806
cr             +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
13645394       +Aes/Nct,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13645395       +Aes/Suntrust Bank,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13645401      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
13645397       +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
13645398       +Cap1/bstby,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13645399       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13655914        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13671070        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13655953        Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13645400       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
13696001        ECAST SETTLEMENT CORPORATION,    PO BOX 29262,    NEW YORK, NY 10087-9262
13690046       +Emerg Care Serv of Pa,P.C.,    6681 Country Club Drive,    Golden Valley MN 55427-4601
13657742       +National Collegiate Student Loan Trust 2007-4,    Transworld Systems, Inc.,    PO Box 4275,
                 Norcross, GA 30091-4275
13683729        Navient Solutions, Inc,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
13661872       +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
13645409       +The Ambulatory Surgery Ctr at St. Mary,    1203 Langhorne-Newtown Road,    Suite M-10,
                 Langhorne, PA 19047-1238
13733912       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13645410       +US Bank NA,    C/O Crystal Espanol,    701 Market Street Suite 5000,
                 Philadelphia, PA 19106-1541
13645411        Wells Fargo Bank,    Credit Bureau Disp,    Des Moines, IA 50306
13732565       +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 21 2016 02:18:54      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2016 02:18:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2016 02:18:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 02:09:24      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13645402        E-mail/Text: creditonebknotifications@resurgent.com Dec 21 2016 02:18:04      Credit One Bank,
                 ATTN:  Bankruptcy Department,    PO Box 60500,    City of Industry, CA 91716-0500
13665489        E-mail/Text: mrdiscen@discover.com Dec 21 2016 02:18:03      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13645403       +E-mail/Text: mrdiscen@discover.com Dec 21 2016 02:18:03      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13645404       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 02:10:07      Gecrb/Lowes,
                 Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13695968        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2016 02:10:08
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13729173       +E-mail/Text: bncmail@w-legal.com Dec 21 2016 02:18:45      Oak Harbor Capital VII, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13645405       +E-mail/PDF: cbp@onemainfinancial.com Dec 21 2016 02:09:51      Onemain Fi,    6801 Colwell Blvd,
                 Irving, TX 75039-3198
13657757        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 02:16:04
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13645406       +E-mail/Text: blegal@phfa.org Dec 21 2016 02:18:34      Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
13645408       +E-mail/PDF: pa_dc_claims@navient.com Dec 21 2016 02:09:52      Sallie Mae,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
13645407       +E-mail/PDF: pa_dc_claims@navient.com Dec 21 2016 02:10:08      Sallie Mae,
                 Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
13649516        E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 02:09:50      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 16
```

```
District/off: 0313-2          User: Denine              Page 2 of 2          Date Rcvd: Dec 20, 2016
                              Form ID: pdf900           Total Noticed: 38

           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13645396*     +Aes/Suntrust Bank,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com
          PAUL GREGORY LANG    on behalf of Debtor Richard B Curry lesliebrown.paralegal@gmail.com
          PAUL GREGORY LANG    on behalf of Joint Debtor Karen L. Curry lesliebrown.paralegal@gmail.com
          THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD B CURRY<br>KAREN L. CURRY | Chapter 13 |
| Debtor | Bankruptcy No. 15-18811-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

Date: December 20, 2016 _____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL GREGORY LANG
GALLANT AND PARLOW , PC
3618 HULMEVILLE RD
BENSALEM, PA 19020-

Debtor:
RICHARD B CURRY
KAREN L. CURRY
1075 AVENUE B

LANGHORNE, PA 19047